# Court of Appeals
# of the State of Georgia

ATLANTA,  March 06, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0984.  DELORY WALTERS et al v. TUNEEN CHISOLM.**

Before this Court is the Appellants' motion to supplement the record with the transcript of the bench trial conducted in the above-styled case on November 18, 2022.  The Appellants argue that inclusion of the transcript in the record is essential to the resolution of their appeal.  However, the Appellants also indicate in their motion that the transcript has not yet been prepared and filed in the trial court.

The Appellants' motion to supplement the appellate record is hereby GRANTED. But given that the trial transcript has not yet been prepared and may not be completed for an extended period, and in light of the constitutional time restraints governing this Court's disposition of appeals, we remove this case from the appeal docket and REMAND the case to the trial court for completion of the record without delay. See OCGA § 5-6-48 (d); *Galardi v. Steele-Inman*, 259 Ga. App. 249, 249-450 (576 SE2d 555) (2002); *Galloway v. Plamondon*, 258 Ga. App. 696, 697 (574 SE2d 891) (2002).  Once the completed transcript is on file with the trial court, the complete record and transcript may then be transmitted to and re-docketed with the Court of Appeals.  Upon re-docketing, briefing by the parties should proceed in accordance with Court of Appeals Rule 23.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,__03/06/2023_____*

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*